OPINION — AG — QUESTION(1): DOES THE BOARD OF COUNTY COMMISSIONERS HAVE THE POWER OR AUTHORITY TO SET THE HOURS WHEN COUNTY OFFICES (COURTHOUSE) SHALL BE OPEN, AND PARTICULARLY DOES THE BOARD OF COUNTY COMMISSIONERS HAVE THE POWER OR AUTHORITY TO ORDER THE CLOSING OF THE COUNTY OFFICES ON SATURDAY ? — NEGATIVE CITE: 19 O.S.H. 136, 19 O.S.H. 259, 70 O.S.H. 3-4 (JAMES P. GARRETT)